UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALEC BREWSTER, individually and as Independent Administrator of the Estate of Davies Brewster, deceased, | | |
| Plaintiff, | | Case No. 05-cv-4088-JPG |
| v. | | |
| ANGELO THOMAS PEZZELLA, M.D. , | | |
| Defendant. | | |

## MEMORANDUM AND ORDER

In light of Seventh Circuit admonitions, *see*, *e.g.*, *America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072 (1992), the Court has undertaken a rigorous initial review of pleadings to ensure that jurisdiction has been properly pled.  The Court has noted the following defect in the jurisdictional allegations of the Complaint (Doc. 1) filed by plaintiff Alec Brewster:

• **Failure to allege the citizenship of decedent.**  A complaint asserting diversity jurisdiction must allege the citizenship of individual parties. 28 U.S.C. § 1332(a)(1).  Where a suit is brought on behalf of the estate of a decedent, the citizenship of the legal representative of the estate shall be deemed to be that of the decedent.  28 U.S.C. § 1332(c)(2);  *see Konradi v. United States*, 919 F.2d 1207, 1214 (7th Cir. 1990).  Allegations of "residence" are jurisdictionally insufficient.  *Steigleder v. McQuesten*, 198 U.S. 141 (1905).  Although the plaintiff's complaint alleges the decedent's residence before his death, it does not allege the decedent's citizenship prior to his death.

The Court hereby **ORDERS** that plaintiff Alec Brewster shall have up to and including May 27, 2005**,** to amend the faulty pleading to correct the jurisdictional defect.  Failure to amend the faulty pleading may result in dismissal of this case for lack of subject matter jurisdiction or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Amendment of the faulty pleading to reflect an adequate basis for subject matter jurisdiction will satisfy this order.

The plaintiff is directed to consult Local Rule 15.1 regarding amended pleadings and need not

seek leave of Court to file such amended pleading.

**IT IS SO ORDERED.**
**DATED:  May 10, 2005**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**

2