UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEC BREWSTER, individually and as Independent Administrator of the Estate of Davies Brewster, deceased,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGELO THOMAS PEZZELLA, M.D. ,<br><br>　　　　Defendant. | Case No. 05-cv-4088-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having dismissed this case for lack of prosecution,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**DATED:  May 3, 2006**　　　　　　　　　　　　　　**NORBERT JAWORSKI**

　　　　　　　　　　　　　　　　　　　　　　　　　　**By:s/Deborah Agans,**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**